■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN EDWARD RUZAS, Appellant.—Appeal from a judgment of the County Court of Madison County, rendered July 14, 1975, upon a verdict convicting defendant of the crimes of murder in the second degree, felony murder, robbery in the first degree and two counts of criminal possession of a weapon in the second degree. Judgment affirmed (see *People v Donovan,* 53 AD2d 27). Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Herlihy, JJ., concur.